UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FRANK DEMARTINO,

                Plaintiff,

      -against-

GUARDIAN ROBERT KRUGER, Esq.,
NYC BUILDING DEPT.,
NYC POLICE DEPARTMENT,
PERI FORMWORK,
MILES & STOCKBRIDGE,

                Defendants.

**ORDER**
**09 CV 305 (NGG)(LB)**

----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

By letter dated January 8, 2010, the City defendants state that they intend to file a summary judgment motion in this case.[1] (Document 85.) The Court construes defendants' letter as a request to schedule the City defendants' motion for summary judgment. The request is granted, and the Court sets the following schedule: defendants shall serve their motion on plaintiff by February 5, 2010; plaintiff shall serve his opposition to the motion on defendants' counsel by March 5, 2010; and defendants shall serve their reply, if any, on plaintiff and electronically file the fully briefed motion by March 19, 2010.

SO ORDERED.

                                  /Signed by Judge Lois Bloom/
                                  LOIS BLOOM
                                  United States Magistrate Judge

Dated: January 26, 2010
       Brooklyn, New York

---

[1] Judge Garaufis has referred the City defendants' letter to my attention.